# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:** ) **Judge Russ Kendig**
)
Thomas M. Wheitner ) Case No. 15-60970
Anita R. Wheitner )
) ☐ **Chapter 13 Form Plan Summary**
**Debtor(s).** ) ☑ Second Amended **Chapter 13 Plan**

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

Debtors' plan payment will be $1,897.00 for months 1 - 4, $2,202.27 for months 5 - 24, $3,397.00 for months 25 - 48 and $3,597.00 for the duration of the plan, due to anticipated increased income.

☐ Continued on attached separate page(s).

2. __0__ % or a pot of $ __N/A__ to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B2)

| Creditor | Description of asset or contract |
|---|---|
| | |
| | |
| | |

☐ Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| Selene Finance | 1st | 2539 Holtz Rd., Shelby OH | $ 1,415.90 | Trustee |
| | 2nd | | | |
| | 3rd | | | |

☐ Continued on attached separate page(s).

1

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| Selene Finance | $ 53,395.27 | 0 % |
| | | % |
| | | % |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-mortgage claims to be paid full current balance (E5)

| Creditor: | Chrysler Capital | | |
|---|---|---|---|
| Collateral: | 2009 Kia Rio | | |
| Date Incurred: | Aug. 2009 | | |
| Monthly Payment: | $ 268.00 | | |
| Interest Rate: | 5.25 % | % | % |
| Estimated Balance: | $ 9,884.01 | | |
| Paid By: | Trustee | | |

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped (E7)

| Creditor: | | | |
|---|---|---|---|
| Date Incurred: | | | |
| Collateral: | | | |
| Monthly Payment: | | | |
| Interest Rate: | % | % | % |
| Secured Value: | | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| | | |
| | | |
| | | |

☐ Continued on attached separate page(s).

9. The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name: _____
Holder's Address (if known): _____
Address of Child Support
Enforcement Agency (mandatory): _____

☐ Continued on attached separate page(s).

10. Payments to Trustee (D)

The debtor will pay to the trustee $ 2,202.27 monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ☒ Wage Order on employer ☐ by Debtor ("Private Pay") in the form of money order or certified check.

11. Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

_____         _____
Debtor's signature - name typed below    Debtor's signature - name typed below

Thomas Wheitner                              Anita Wheitner

_____
Attorney's signature - Name (state bar #), address and phone typed below

Edward Clark Corley (0018944)
22 North Walnut Street
Mansfield, Ohio 44902
(419) 524-4444

3

15-60970-rk    Doc 29    FILED 08/20/15    ENTERED 08/20/15 22:57:29    Page 3 of 3